UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO.: 2:23-cr-85-SPC-KCD

BRYANT RICHARD WOOTEN
_____/

## SENTENCING MINUTES

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Simon R. Eth |
| Counsel for Defendant: | Yvette Clair Gray |
| Probation Officer: | Megan Amadori |
| | |
| Date and Time: | July 29, 2024 @ 10:00 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Vonni Bray |

Start Time: 10:18am        Court convenes.

Defendant Bryant Richard Wooten is present and seated with counsel.

The Defendant confirms he received a copy of the PSR and reviewed the report with his attorney, asking all necessary questions and discussing the facts contained therein.

The court explains the process for today's proceedings.

AFPD Gray advises no defense objections to the facts contained in the PSR, but defense does have objections to the application of the guidelines by the officer. Specifically, defense objects to two-level enhancement for role, argues defendant played a minor role in conspiracy.
AUSA Eth agrees with defense objection.

The Government has no objections to the facts contained in the PSR and no objections to the application of guidelines, other than those previously outlined and argued by defense counsel.

For the reasons stated on the record, the court grants defense objections to two-level enhancement.

The Court adopts the undisputed facts and the undisputed guideline applications contained in PSR.  As to controverted guidelines, the court makes determination based on argument of counsel.  The Court reviews the total offense level and criminal history category, and guideline range sentence and the potential penalties and sentence.
USPO confirms fine amounts.

AUSA Eth presents argument in support of 5K1.1 motion for a four-level reduction.

For the reasons stated on the record, the Court **GRANTS** the 5K1.1 motion.

AFPD Gray presents argument as to the imposition of sentence requesting low-end sentence, participation in RDAP and placement at facility near Atlanta, Georgia.

The defendant addresses the court.

AUSA Eth recommends a low-end sentence.

For the reasons stated on the record, the Court imposes the sentence as follows:

**IMPRISONMENT:**

The defendant is hereby sentenced to a term of **40.5-MONTHS**.

**SUPERVISED RELEASE:**

The defendant is sentenced to a term of **3-YEARS**.

***Special conditions of supervised release:***

Defendant shall participate in a substance abuse treatment program.

Defendant shall participate in a mental health treatment program.

Defendant shall submit to a search.

The defendant shall provide financial information to probation as requested.

Drug testing not to exceed 104 tests per year.

The Defendant shall cooperate in the collection of DNA.

**SPECIAL ASSESSMENT** of $100.00, due immediately.

Fines waived.

The Court accepts the Plea Agreement of the parties.

While at BOP defendant to participate in RDAP Program

No objection from either party as to sentence.

Request for defendant to be placed at facility close to Atlanta, Georgia.

The Court advises Defendant of right to appeal.

Defendant remanded to the custody of the U.S. Marshal.

End time:   10:52am
Total time:  34 minutes