UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No: 2:23-cr-85-SPC-DNF

BRYANT RICHARD WOOTEN
_____

### **ORDER**

Before the Court are Defendant Bryant Wooten's *pro se* Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 48), the United States Probation Office's Memorandum (Doc. 51), and a Notice That the Federal Defender's Office Has Satisfied the Requirements Imposed by the Amendment 821 Omnibus Order (Doc. 57). For the following reasons, the Court denies the motion.

Defendant is serving a 40.5-month sentence, adjusted from 46 months to account for his confinement from March 15, 2023, to September 1, 2023, in relation to the State case (Lee County Circuit Case 23-CF-14875) that would not otherwise be credited by the Bureau of Prisons, and three years of supervised release for a drug-related offense. (Doc. 46). He argues that he is entitled to a zero-point reduction. (Doc. 48 at 1).

Part B of Amendment 821 allows for relief for zero-point offenders by providing for "a decrease of two levels from the offense level . . . for offenders

who did not receive any criminal history points . . . and whose instant offense did not involve specified aggravating factors." Amendment 821, Part B.

The Court sentenced Defendant on July 30, 2024. (Doc. 46). Probation explains that Defendant was given the appropriate two-level reduction pursuant to U.S.S.G. §§ 4C1.1(a) and (b) at the time of sentencing and was not assessed status points. (Doc. 51 at 3).

The Federal Defender agrees with Probation's assessment. (Doc. 57 at 3). So the Federal Defender is unable to argue in good faith that Defendant is eligible for a sentence reduction and states that she will not file a motion for sentence reduction under Amendment 821 on Defendant's behalf. The Federal Defender states that she will notify Defendant of her position and move to terminate her representation of Defendant. (*Id.* at 4).

Having reviewed the record in this case, the Court agrees with Probation and the Federal Defender. The sentence imposed departed below the guideline range, and as the Federal Defender explains, is a lower sentence than permissible under the amendment. (Doc. 57 at 3). Because Defendant was given the appropriate two-level reduction pursuant to U.S.S.G. §§ 4C1.1(a) and (b) at the time of sentencing and was not assessed status points, he is ineligible for a reduction under Amendment 821. As Amendment 821 does not apply to Defendant, the Court need not evaluate the 18 U.S.C. § 3553(a) factors.

Accordingly, it is

**ORDERED**:

Defendant Bryant Wooten's *pro se* Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 48) is **DENIED**.

**DONE and ORDERED** in Fort Myers, Florida on January 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record